UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Robyn M. Harris

             Debtor

Chapter 13
Bankruptcy No.26-11674-PMM

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 30th day of July, 2026, by first class mail upon those listed below:

Robyn M. Harris
244 Schuylkill Rd
Birdsboro, PA  19508

**Electronically via CM/ECF System Only:**

SHAWN J LAU ESQ
LAU & ASSOCIATES PC
4228 ST LAWRENCE AVE
READING, PA  19606

*/s/ Kristen Gliem*

Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee