Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Robyn M. Harris
244 Schuylkill Rd
Birdsboro, PA 19508

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-11674-PMM**

Petition Filed Date: 04/21/2026
341 Hearing Date: 05/19/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/23/2026 | $250.00 | | | | | | | |

**Total Receipts for the Period: $250.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHAWN J LAU ESQ | Attorney Fees | $4,235.00 | $0.00 | $4,235.00 |
| 1 | DIAMOND CREDIT UNION<br>»» 001 | Unsecured Creditors | $4,978.67 | $0.00 | $0.00 |
| 2 | DIAMOND CREDIT UNION<br>»» 002 | Unsecured Creditors | $4,555.62 | $0.00 | $0.00 |
| 3 | BERKS COUNTY TAX CLAIM BUREAU<br>»» 003 | Secured Creditors | $56.98 | $0.00 | $0.00 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $7,824.31 | $0.00 | $0.00 |
| 5 | SANTANDER BANK NA<br>»» 005 | Unsecured Creditors | $17,567.64 | $0.00 | $0.00 |
| 6 | M&T BANK<br>»» 006 | Mortgage Arrears | $18,474.47 | $0.00 | $0.00 |
| 7 | JP MORGAN CHASE BANK NA<br>»» 007 | Unsecured Creditors | $6,963.56 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-11674-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $250.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $0.00 | Arrearages: | $750.00 |
| Paid to Trustee: | $19.25 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $230.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.