United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11674-pmm
Robyn M. Harris Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Oct 01, 2026 Form ID: pdf900 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robyn M. Harris, 244 Schuylkill Rd, Birdsboro, PA 19508-1910 |
| 15131887 | + | Birdsboro Family Dental Associates P.C., 349 West Main Street, Birdsboro, PA 19508-1909 |
| 15131891 | | ENT Head & Neck Specialists PC, 985 Berkshire Blvd Suite 101, Reading, PA 19610-1268 |
| 15131894 | + | Keith Kemp Sanitation LLC, 1145 White Bear Road, Birdsboro, PA 19508-7949 |
| 15139328 | + | Lakeview Loan Servicing LLC, c/o Maggie Soboleski,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15131900 | + | Tax Collector, P.O. Box 296, Birdsboro, PA 19508-0296 |
| 15131902 | + | Tower Health, P.O. Box 825602, Philadelphia, PA 19182-5602 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 02 2026 02:53:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 02 2026 02:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15131886 | ^ | MEBN | Oct 02 2026 02:51:19 | Arcadia Recovery Bureau, LLC, P.O. Box 6768, Reading, PA 19610-0768 |
| 15140125 | + | Email/Text: taxclaim@countyofberks.com | Oct 02 2026 02:53:00 | Berks County Tax Claim Bureau, 633 Court Street 2nd Floor, Reading, PA 19601-3552 |
| 15131888 | + | Email/Text: kyanos@birdsboropa.org | Oct 02 2026 02:54:00 | Birdsboro Municipal Authority, 202 East Main Street, Birdsboro, PA 19508-2025 |
| 15131889 | | Email/Text: bankruptcy@diamondcu.com | Oct 02 2026 02:53:00 | Diamond Credit Union, 1600 Medical Dr., Pottstown, PA 19464 |
| 15192206 | + | Email/Text: Bankruptcy@keystonecollects.com | Oct 02 2026 02:53:00 | Daniel Boone Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15131890 | + | Email/Text: mrdiscen@discover.com | Oct 02 2026 02:53:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 15131892 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 02 2026 02:55:59 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15131893 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 02 2026 02:56:14 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15158102 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 02 2026 02:56:16 | JPMorgan Chase Bank, N.A., PO Box 15368, Wilmington DE 19850-5368 |
| 15142215 | + | Email/Text: RASEBN@raslg.com | Oct 02 2026 02:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite |

| | | | | |
|---|---|---|---|---|
| | | | | 100, Boca Raton, FL 33487-2853 |
| 15131895 | | Email/Text: Bankruptcy@keystonecollects.com | Oct 02 2026 02:53:00 | KeyStone Collections Group, P.O. Box 505, Irwin, PA 15642-0505 |
| 15131896 | ^ | MEBN | Oct 02 2026 02:51:41 | Lakeview, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15139087 | ^ | MEBN | Oct 02 2026 02:51:23 | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15156477 | | Email/Text: camanagement@mtb.com | Oct 02 2026 02:53:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15131898 | | Email/Text: EBN@Mohela.com | Oct 02 2026 02:53:00 | MOHELA/DEPT OF ED, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15131897 | | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 02 2026 02:53:00 | Met-Ed, P.O. Box 3687, Akron, OH 44309-3687 |
| 15144115 | ^ | MEBN | Oct 02 2026 02:52:00 | Santander Bank NA, MC: PA-WYO-CP3, 10 Commons Blvd, Reading, PA 19605 |
| 15131899 | | Email/Text: DeftBkr@santander.us | Oct 02 2026 02:53:00 | Santander Bank NA, 450 Penn St, Reading, PA 19602-1011 |
| 15131901 | + | Email/Text: bankruptcynotices@cbecompanies.com | Oct 02 2026 02:54:00 | The CBE Group, Inc., PO Box 900, Waterloo, IA 50704-0900 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHAWN J. LAU | on behalf of Debtor Robyn M. Harris shawn_lau@msn.com g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Robyn M. Harris<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 26-11674-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 1, 2026**

Patricia M. Mayer

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE